**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| LHISSIDEY HARRISON )  | |
|         *Plaintiff* ) | |
| vs. ) | |
| ) | Case No. 2:20-cv-02245-JWB-TJJ |
| AMAZON.COM SERVICES, LLC ) | |
| ) | |
|         *Defendants* ) | |

**DISMISSAL OF DEFENDANT**
**AMAZON.COM SERVICES, INC.**

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(i), Plaintiff dismisses Defendant Amazon.com Services, Inc. from this action leaving Defendant Amazon.com Services, LLC as the only remaining defendant in this case.

Respectfully Submitted by,

**RALSTON KINNEY, LLC**

/s/ *Thomas F. Ralston*
Thomas F. Ralston, D. Kan. No. 78212
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
TEL: (816) 298-0086
FAX: (816) 298-9455
Email: tom@rklawllc.com

**ATTORNEY FOR PLAINTIFF**